IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                Case No. 88-2561-CM-GLR

MAX D. PFRIMMER,

        Defendant.

## ORDER CANCELING JUDGMENT DEBTOR EXAMINATION

Comes on for consideration the motion of the United States of America, plaintiff herein, Doc. 78, for an order canceling the examination of defendant Pfrimmer previously ordered by this Court by order, Doc. 76, filed August 23, 2007. The United States appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for said District. There are no other appearances.

The Court, after reviewing the file and pleadings herein finds that the allegations of the motion are true and the relief requested by the United States is appropriate and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion of the United States to cancel the judgment debtor examination of Max D. Pfrimmer scheduled for October 23, 2007, at 2:00 p.m. is hereby granted and the debtor examination is canceled.

Dated this 23rd day of October, 2007.

                                                    s/Gerald L. Rushfelt
                                                    GERALD L. RUSHFELT
                                                    UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

ERIC F. MELGREN
United States Attorney


s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone:  (785) 295-2850
Facsimile:  (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States